UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

DEC 22 2015

RECEIVED

FILED DEC 22 2015

CLERK

ORIGINAL

# UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

NATIONAL ALLIANCE OF FOREST OWNERS,

    Petitioner,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY and GINA MCCARTHY, Administrator, U.S. Environmental Protection Agency,

    Respondents.

15-1478

Case No. _____

## PETITION FOR REVIEW

Pursuant to Rule 15 of the Federal Rules of Appellate Procedure and section 307(b) of the Clean Air Act, 42 U.S.C. § 7607(b), the National Alliance of Forest Owners petitions the Court for review of a final action of respondents—the U.S. Environmental Protection Agency and Gina McCarthy, Administrator, U.S. Environmental Protection Agency—entitled "Carbon Pollution Emission Guidelines for Existing Stationary Sources: Electric Utility Generating Units," 80 Fed. Reg. 64,662 (Oct. 23, 2015).

Respectfully submitted,

*/s/ TKW*

Timothy K. Webster
Joel F. Visser
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000

*Of Counsel*
William R. Murray
NATIONAL ALLIANCE OF FOREST OWNERS
122 C Street, NW
Suite 630
Washington, DC 20001
(202) 747-0742


Dated: December 22, 2015

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

DEC 22 2015

RECEIVED

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

DEC 22 2015

CLERK

ORIGINAL

**UNITED STATES COURT OF APPEALS FOR
THE DISTRICT OF COLUMBIA CIRCUIT**

NATIONAL ALLIANCE OF FOREST OWNERS,

Petitioner,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY
and GINA MCCARTHY, Administrator, U.S.
Environmental Protection Agency,

Respondents.

Case No. 15-1478

**RULE 26.1 STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, the National Alliance of Forest Owners ("NAFO") states that it is a national trade association representing private forest owners who manage more than 80 million acres of private forests in 47 states. NAFO's mission is to protect and enhance the economic and environmental values of private forests through targeted policy advocacy at the national level. NAFO has no parent companies, and no publicly-held company has a 10% or greater ownership interest in NAFO.

Respectfully submitted,

*/s/ T.W.*

Timothy K. Webster
Joel F. Visser
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000

*Of Counsel*
William R. Murray
NATIONAL ALLIANCE OF FOREST OWNERS
122 C Street, NW
Suite 630
Washington, DC 20001
(202) 747-0742

Dated: December 22, 2015

2

# UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT



NATIONAL ALLIANCE OF FOREST OWNERS,

Petitioner,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY and GINA MCCARTHY, Administrator, U.S. Environmental Protection Agency,

Respondents.

Case No. 15-1478

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Petition for Review and Rule 26.1 Statement have been served by United States first-class mail this 22nd day of December, 2015, upon each of the following:

U.S. Environmental Protection Agency
Correspondence Control Unit
Office of General Counsel (2311)
1200 Pennsylvania Avenue, NW
Washington, DC  20460

Gina McCarthy
Administrator
U.S. Environmental Protection Agency
William Jefferson Clinton Building
Mail Code: 1101A
1200 Pennsylvania Avenue, NW
Washington, DC  20004

Loretta Lynch
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

_____
Joel F. Visser